# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN SCOTT,<br>      Plaintiff,<br>  v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>      Defendant. | )<br>)<br>)<br>)<br>) **Case No.: 2:11-CV-5065-RBS**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

<u>/S/ Craig Thor Kimmel</u>
Craig Thor Kimmel
Attorney ID # 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: 877-788-2864
Email: kimmel@creditlaw.com